PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Bertekap, Gerald                                      Cr.: 06-00704-001

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise

Date of Original Sentence: January 8, 2007

Original Offense: Attempt to Evade or Defeat Tax

Original Sentence: Three years probation, $100 special assessment, $3,000 fine, and a financial disclosure condition, DNA testing, cooperation with Internal Revenue Service, ten months home confinement, alcohol testing and treatment, no new debt.

Type of Supervision: Probation                    Date Supervision Commenced: January 8, 2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On July 8, 2007, the probation office received an alert from the home confinement monitoring service indicating that Mr. Bertekap left his home at 8:38am, despite his curfew ending at 9:30am. When confronted, the same day the offender admitted the non-compliance and stated his church services started an hour earlier and he forgot to request a schedule change. |

U.S. Probation Officer Action:

Our office verbally reprimanded Bertekap and extended his home confinement term for one day.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 7/11/07

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

July 18, 2007
Date